UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tsigereda Girma Sahile,

    Plaintiff,

v.

Timothy J. Mislanski, *et al.*,

    Defendants.

Case No. 2:23-cv-2488

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On October 10, 2023, Magistrate Judge Jolson issued a Report and Recommendation ("R&R"), recommending the Court dismiss Plaintiff's Amended Complaint. R&R, ECF No. 7. The R&R notified Plaintiff of her right to object to the recommendation contained therein and warned Plaintiff that a failure to timely object would result in a waiver of de novo review by the Undersigned as well as a waiver of the right to appeal an Order adopting the R&R. *Id.* at 5.

Even with extra time allotted per Federal Rule of Civil Procedure 6(d), the objection deadline has passed. Plaintiff failed to timely object, and the Court therefore **ADOPTS** the R&R without further review. Plaintiff's Amended Complaint, ECF No. 6, is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT